

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2015

No. 04-14-00678-CR

Ronjee **MIDDLETON**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR0666
Honorable Philip A. Kazen, Jr., Judge Presiding

## O R D E R

Appellant filed a motion to unseal Defendant's Exhibit 1, the juror information sheets. Appellant contends he intends to argue on appeal that *Batson v. Kentucky* extends to jury shuffles, and he needs the information in the sealed exhibit "in order for him to make a full argument of the issue."

Article 35.29 of the Texas Code of Criminal Procedure provides that information collected by the trial court or the State during the jury selection process about a person who serves as a juror may not be disclosed by the trial court, the State, the defense, or any court personnel. TEX. CODE CRIM. PROC. ANN. art. 35.29(a). However, the article provides that upon application by a party in the court, the information may be disclosed upon a showing of good cause. *Id.* art. 35.29(b). The court to which an application must be made is the trial court. *Falcon v. State*, 879 S.W.2d 249, 250 (Tex. App.—Houston [1st Dist.] 1994, no pet.). If the trial court refuses the request, the applicant may challenge the ruling by mandamus. *Id.*

Based on the foregoing, we ordered the appeal abated and all appellate deadlines stayed. We further ordered the matter remanded to the trial court for a hearing pursuant to Article 35.29 of the Code of Criminal Procedure. In response to our order, the trial court made findings of fact and conclusions of law, specifically as to the existence or absence of good cause. The trial court concluded there was no good cause to unseal the exhibit.

Accordingly, we **ORDER** the abatement lifted and the appellate deadlines reinstated. Because the trial court found there was no good cause to unseal the exhibit in question, we **DENY** appellant's motion to unseal Defendant's Exhibit 1, the juror information sheets. The clerk's and reporter's records have been filed, and therefore, appellant's brief is now due. We **ORDER** appellant to file his brief in this court on or before **March 9, 2015**.

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court

